IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ALLERGAN SALES, LLC,<br>                         Plaintiff,<br><br>v.<br><br>LUPIN LTD et al.,<br>                         Defendants.<br><br>AND CONSOLIDATED CASES. | Case No. 2:11-CV-530-JRG<br><br>**LEAD CASE**<br><br><br>Case No. 2:12-CV-175-JRG<br>Case No. 2:12-CV-177-JRG<br>Case No. 2:12-CV-178-JRG |

## ORDER

Before the Court is Plaintiff Allergan Inc. ("Allergan) and Defendants Alcon Research,

Ltd., Alcon Laboratories, Inc., and Falcon Pharmaceuticals, Ltd.'s (collectively "Alcon")

Stipulation and Joint Motion to Dismiss with prejudice.  Such motion is GRANTED.

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

(1)    Subject to the terms of the Confidential Settlement Agreement between Allergan

and Alcon, all claims here at issue between Allergan and Alcon, including all claims presented

by Allergan's Complaints and all of Alcon's counterclaims, shall be and are dismissed with

prejudice;

(2)    Allergan and Alcon each shall bear their own costs and attorneys' fees; and

(3)     The Court shall retain exclusive jurisdiction over any dispute arising over the Confidential Settlement Agreement and over the enforcement of any provision in the Confidential Settlement Agreement.


**So ORDERED and SIGNED this 3rd day of September, 2013.**


_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE