IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ALLERGAN SALES, LLC,<br>    Plaintiff,<br><br>v.<br><br>LUPIN LTD., et al.,<br>    Defendants.<br><br>AND CONSOLIDATED CASES. | Case No. 2:11-CV-530-JRG<br><br>**LEAD CASE**<br><br><br>Case No. 2:12-CV-175-JRG<br>Case No. 2:12-CV-177-JRG<br>Case No. 2:12-CV-178-JRG |

## ORDER

Before the Court is Plaintiff Allergan Inc. ("Allergan") and Defendants Apotex, Inc. and Apotex Corp.'s ("Apotex") Stipulation and Joint Motion to Dismiss with Prejudice. Such motion is GRANTED.

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

(1) Subject to the terms of the Confidential Settlement Agreement between Allergan and Apotex, all claims and counterclaims here at issue between Allergan and Apotex, including all claims presented by Allergan's Complaints and all of Apotex's counterclaims, shall be and are dismissed with prejudice;

(2) Allergan and Apotex each shall bear their own costs and attorneys' fees; and

(3) The Court shall retain exclusive jurisdiction over any dispute arising over the Confidential Settlement Agreement and over the enforcement of any provision in the Confidential Settlement Agreement.

So Ordered and Signed on this

**Sep 28, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE